v.

**Jerry Wayne DOUGLAS, Appellant.**

**WD 77907**

Missouri Court of Appeals,
Western District.

ORDER FILED: June 30, 2015

Audara L. Lutjen, Clinton, MO, for respondent.

Philip E. Nonnemaker, Lee's Summit, MO, for appellant.

Before Division Three: Mark D. Pfeiffer, Presiding Judge, Gary D. Witt, Judge and Anthony Rex Gabbert, Judge

**ORDER**

Per curiam:

Appellant appeals from a judgment entered in the Circuit Court of Henry County granting a full order of protection

against him. Because sufficient evidence supports the entry of the full order of protection, we affirm. A memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).